**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CEDRIC GREEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 24-00501-JFW (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records herein, and the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　**IT IS ORDERED** that (1) the Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of Law herein; and (2) this action is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and the United States Attorney for the Central District of California.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 11, 2024

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE