JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| CEDRIC GREEN,<br><br>          Plaintiff,<br><br>     v.<br><br>MARTIN O'MALLEY, Commissioner<br>of Social Security,<br><br>          Defendant. | Case No. CV 24-00501-JFW (AS)<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 11, 2024

_____
                    JOHN F. WALTER
          UNITED STATES DISTRICT JUDGE